UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHANIE WILSON,  Nos. 07-13394, 07-13395

    Plaintiff,  District Judge Victoria A. Roberts

v.  Magistrate Judge R. Steven Whalen

COUNTY OF MONROE, ET. AL.,

    Defendants.
_____/

## ORDER

Pursuant to Fed.R.Civ.P. 45(c)(3)(ii), Defendants' motions to quash subpoena duces tecum as to Cynthia Cook [Docket #20 in 07-13394, Docket #24 in 07-13395] are GRANTED.

    SO ORDERED.

    S/R. Steven Whalen
    R. STEVEN WHALEN
    UNITED STATES MAGISTRATE JUDGE

Dated: November 25, 2008

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on November 25, 2008.

    S/Gina Wilson
    Judicial Assistant